**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-4899 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**NOTICE OF CHANGE OF ADDRESS**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
                                                          Case No.
                      Plaintiff,

        -against-

                      Defendant.
--------------------------------------------------------
```

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Amy B. McKinlay**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: n/a_____     My State Bar Number is 1034542 (DC)

I am,

☐ An attorney
☐ A Government Agency attorney
☑ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:       FIRM NAME: Williams & Connolly LLP
                FIRM ADDRESS: 725 12th Street NW, Washington, DC 20005
                FIRM TELEPHONE NUMBER: 202-434-5000
                FIRM FAX NUMBER: 202-434-5029

NEW FIRM:       FIRM NAME: Williams & Connolly LLP   (new address as of 5/1/2022)
                FIRM ADDRESS: 680 Maine Avenue SW, Washington, DC 20024
                FIRM TELEPHONE NUMBER: 202-434-5000
                FIRM FAX NUMBER: 202-434-5029

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 20, 2022

_____
ATTORNEY'S SIGNATURE