**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-4899 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**NOTICE OF CHANGE OF ADDRESS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
                                                                                    Case No.
                                    Plaintiff,

        -against-

                                    Defendant.
-------------------------------------------------------
                        NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑  I have cases pending                        ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                        **Stephen D. Andrews**
                _____
                            FILL IN ATTORNEY NAME

My SDNY Bar Number is: n/a_____     My State Bar Number is 470994 (DC)_____

I am,
        ☐  An attorney
        ☐  A Government Agency attorney
        ☑  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:       FIRM NAME: Williams & Connolly LLP_____
                FIRM ADDRESS: 725 12th Street NW, Washington, DC 20005_____
                FIRM TELEPHONE NUMBER: 202-434-5000_____
                FIRM FAX NUMBER: 202-434-5029_____

NEW FIRM:       FIRM NAME: Williams & Connolly LLP   (new address as of 5/1/2022)
                FIRM ADDRESS: 680 Maine Avenue SW, Washington, DC 20024_____
                FIRM TELEPHONE NUMBER: 202-434-5000_____
                FIRM FAX NUMBER: 202-434-5029_____

☑  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
   was entered on _____ by Judge_____.

Dated: April 20, 2022                           _____
                                                        ATTORNEY'S SIGNATURE