USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND                    18-md-2865 (LAK)(RWL)
LITIGATION

This paper applies to:
18cv05374, 18cv04894, 18cv05053, 18cv08655, 18cv04899.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**PRETRIAL ORDER NO. 54**
(Amended Referral Order of Trial 3 Cases for Settlement Purposes)


LEWIS A. KAPLAN, *District Judge.*

          The cases listed above are referred to Honorable Robert W. Lehrburger for settlement
purposes.



          SO ORDERED.

Dated:          March 6, 2025

                                          _____
                                                  Lewis A. Kaplan
                                          United States District Judge